UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SJVETLANA VASIC,

              Plaintiff,

  v.

NORTHWEST BANK,

              Defendant.

C20-1639 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff Sjvetlana Vasic's Motion to Amend Complaint, docket no. 5, is DENIED with prejudice. Because Plaintiff fails to adequately plead a claim for age discrimination, amending would be futile. See Sweaney v. Ada County, Idaho, 119 F.3d 1385, 1393 (9th Cir. 1997). Further, it is clear from the facts that Plaintiff's purpose in amending to add Jennifer Nino as a defendant is to destroy federal jurisdiction. See McGrath v. Home Depot USA, Inc., 298 F.R.D. 601, 607 (S.D. Cal. 2014).

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of December, 2020.

                                        William M. McCool
                                        Clerk

                                        s/Gail Glass
                                        Deputy Clerk

MINUTE ORDER - 1