UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SJVETLANA VASIC,

           Plaintiff,

   v.

NORTHWEST BANK,

           Defendant.

C20-1639 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    In their Joint Status Report, docket no. 18, the parties dispute whether Plaintiff is entitled to a jury trial. Plaintiff is ORDERED to show cause by January 22, 2021, why her request for a jury trial is not untimely under Rule 81(c)(3).

     (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 29th day of December, 2020.

                                           William M. McCool
                                           Clerk

                                           s/Gail Glass
                                           Deputy Clerk

MINUTE ORDER - 1