UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SJVETLANA VASIC,

        Plaintiff,

  v.

NORTHWEST BANK,

        Defendant.

C20-1639 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The Court has reviewed Plaintiff's Response to Order to Show Cause, docket no. 25, and being fully advised now STRIKES Plaintiff's jury demand. The Court also declines to have an advisory jury.

    (2)    Plaintiff's Motion for Remand, docket no. 21, is also DENIED.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 10th day of February, 2021.

                William M. McCool
                Clerk

                s/Gail Glass
                Deputy Clerk

MINUTE ORDER - 1